# EXHIBIT A

# CONTRACT WITH ENGLISH TRANSLATION





# Certification of Translation Accuracy

Translation of **Investment Agreement** from **Chinese (Simplified)** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

_Joshua C. Lewis_
Joshua C. Lewis
Authorized Representative
Order Date: May 27, 2024

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

State of Kentucky
County of Jefferson

I, a Notary Public, hereby certify that Joshua C. Lewis, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, has executed the same voluntarily on the day the same bears date.

Given under my hand on May 30, 2024.

Signature of Notary Public

 

Investment Agreement

Copy

Party A: RHY BLOCK CHAIN Ltd. Co.
Party B: OUYIN TECH CAPITAL LLC

Given that:
1. Party A, RHY BLOCK CHAIN Ltd. Co., is a limited liability company registered and legally existing in the United States, which is used as the main entity for construction and management of the cryptocurrency mining facilities in the United States.
2. Party B intends to participate in all blockchain data center (mining facilities) projects invested by Party A in the United States.
   2.1. Project of 45 MW mining facilities in North Carolina (The first phase is 15MW. The second phase is 30MW), the cost of electricity is 4.7 to 4.9 cents/kWh, and the electricity price of external investment hosting is 8 cents/kWh.
   2.2. Project of 4MW IDC computer room in New Jersey (4MW power supply, two sets of CAT generator set of 5.37MW, two sets of uninterruptible power supply (UPS) power outage and resuming equipment, and 112 48U standard cabinets), the cost is estimated to be US$220/cabinet/month and the external investment cabinet is count from US$350/cabinet/month.
   2.3. 100 MW in Midland, Texas, the first phase started the construction from medium voltage, 20MW, with electricity cost of 3.5 cents/kWh. The second phase started the construction from high voltage, 80MW, with electricity cost of 2.5 to 3 cents/kWh. The electricity price of external investment hosting is 8 cents/kWh.
3. For Party A's mining facilities project, the technical operation team holds 10% of the management shares in the company, Party A provides project resources and technical management and operation, and Party A sets up project companies in various places. Party A guarantees that the investment and assets of the project can pass the financial audit and meet the standards of listed companies.

The two sides conclude this cooperation agreement based on the principles of sincerity, mutual trust, equality, mutual benefit, voluntariness, and confidentiality.

The agreement reads as follows:

Article I. Party B recognizes and participates in Party A's mining facilities project.

Page 1 of 4



RushTranslate
+1 206-672-5052 | support@rushtranslate.com

ata
MEMBER #263976

Article II. Party B participates in Party A's company, and then indirectly holds 15% of the shares of the project companies in each place:

> The first phase of 45MW in North Carolina is 15MW, with a total investment of US$4.1 million, accounting for 15% of the shares, and a contribution of US$615,000.
> The second phase of 45MW in North Carolina is 30MW, which will be funded by shareholders on a proportional basis after the construction cost is calculated. (Construction cost budget is to be determined, engineering and equipment budget at the same proportion of 15MW)
> The 4MW IDC old computer room renovation project in New Jersey will have a total investment of US$600,000, accounting for 15% of the shares, and a contribution of US$90,000.
> The first phase of 100MW in Texas is 20MW, with a total investment of US$5.65 million, accounting for 15% of the shares, and a contribution of US$847,500. (constructions of medium- to low-voltage transformers are required)
> The second phase of 100MW in Texas is 80MW, which will be funded by shareholders on a proportional basis after the construction cost is calculated. (The construction cost budget is to be determined, and the construction of high-voltage to low-voltage transformers will be required, and the cost will increase compared with the first phase, which will increase the cost of infrastructure and fences, etc.)

Article III. After the above-mentioned shareholders of this agreement are formally signed, Party B will transfer the investment funds to the account designated by Party A or contribute capital in digital currency (USDT/USDC) at a comparable price.

> Party B can use the company's account to make direct capital contributions, or use the account controlled by Party B to make capital contributions, and Party A confirms the receipt after the funds are completed, which is the completion of the capital contribution. Meanwhile, the two parties amended the articles of association in accordance with the relevant local laws, changed the shareholder information, filed, and registered with the relevant government departments.
> Party A's designated account:
> Company name: Silvergate Blockchain Ltd Co.
> Company address: 195 US 9 South, Manalapan, New Jersey 07726
> Bank name: Bank of America

 

Bank address: 6 South Main Street, Marlboro, NJ 07746
Account # ████████9869
ABA # 021200339
SWIFT: BOFAUS3NLMA

Article IV. Party A undertakes that:
After the completion of the construction of the mining facilities, the annual dividend shall not be less than 20% of the minimum investment amount, and the above IDC project and the first phase of the North Carolina project will be officially put into use on March 1, 2022.

Article V. Matters not covered by this Agreement shall be subject to discussion and conclusion of a supplementary agreement between the two parties. The Supplemental Agreement shall have the same effect as this Agreement.

Article VI. Dispute Resolution
In the process of performing the agreement, if any dispute arises, the two parties shall settle it through friendly negotiation. If the dispute cannot be resolved through friendly negotiation, it shall be submitted to a U.S. court or arbitration commission for arbitration in accordance with its rules. The outcome of the arbitration shall be binding on all parties.

Articles VII. Force Majeure Clause :
1. In the event of force majeure, the performance of the obligations of the parties under this Agreement will be suspended to the extent and for the duration of the force majeure. The term of the agreement may be extended accordingly in accordance with the period of suspension, subject to mutual agreement between the parties. Neither party shall be liable for force majeure.
2. The party claiming to have suffered a Force Majeure shall notify the other party in writing without delay and provide sufficient proof of the occurrence of the Force Majeure and its duration no later than three (3) days after the occurrence of the Force Majeure. The party claiming force majeure should make all reasonable efforts to reduce the negative impact of the force majeure.
3. In addition to natural disasters, social unrest and other factors, in the case of a sharp decline in the price of the virtual currency market or a substantial increase in the computing power of the whole network, when the mining income is less than the mining power consumption, resulting in a shortage of income, a large number of miners collectively choose to shut down the mining machine and no longer operate, which should be treated as force majeure.

Page 3 of 4





Article VIII. Party B shall enjoy the priority right to use the project products (such as mining facilities stands) under the same conditions according to the shareholding ratio of the local company projects.

Article IX. This Agreement shall be made in duplicates, one for each party. This Agreement shall enter into force on the date of signature (or seal) by the Partners. The construction contracts for the IDC project and the North Carolina project are attached to the contract.

Party A: [Signature] [Signature] [Signature]
Date: 12/24/2021, 12/24/2021

Party B: [Signature]
Date: 12/24/2021

Page 4 of 4

# 投资协议书

甲方：RHY BLOCK CHAIN Ltd. Co.

乙方：OUYIN TECH CAPITAL LLC

鉴于：

1、 甲方的 RHY BLOCK CHAIN Ltd.,Co.系在美国注册并合法存续的有限责任公司，用于在美国矿场建设及管理主体。

2、 乙方为有意参与甲方在美国投资的所有区块链数据中心（矿场）项目

2.1、北卡州 45MW 矿场项目（第一期 15MW。第二期为 30MW），电费成本 4.7 至 4.9 美分/度，对外招商托管电价 8 美分/度。

2.2、新泽西 IDC 机房 4MW 项目（4MW 供电，两组 CAT 发电机组 5.37MW，两组 UPS 断电续电设备，112 个 48U 标准机柜），成本估算为 220 元/柜/月，对外招商机柜按 350 元起/柜/月。

2.3、德州 Midland 100MW，第一期，从中压开始建设，20MW，电费成本 3.5 美分/度。第二期，从高压开始建设，80MW，电费成本 2.5 至 3 美分/度。对外招商托管电价 8 美分/度。

3、甲方的矿场项目，由技术运营团队在公司持有管理股份 10%，由甲方提供项目资源和技术管理及运营，甲方分别在各地设立项目公司。甲方保证项目的投资和资产均可通过财务审计，符合上市公司标准。

双方本着诚恳、互信、平等、互利、自愿和保密的原则订立本合作协议。

协议内容如下：

第一条　乙方认可并参与甲方的矿场项目。

1/4

第二条  乙方参与甲方公司，然后间接分别持有各地方的项目公司 15%的股份：

北卡 45MW 的第一期 15MW，总投资 410 万美元，占股 15%，出资 61.5 万美元。

北卡 45MW 的第二期 30MW，建设成本核算完，股东会将按比出资。（建设成本预算待定，工程和设备预算与 15MW 同比例）

新泽西 4MW 的 IDC 旧机房改造项目，总出资 60 万美元，占股 15%，出资 9 万美元。

德州 100MW 的第一期 20MW，总出资 565 万美元，占股 15%，出资 84.75 万美元。（需要建设中压至低压变压器）

德州 100MW 的第二期 80MW，建设成本核算完，股东会将按比出资。（建设成本预算待定，需要建设高压至低压变压器，成本会相比第一期会增加，会增加基建成本和围墙等）

第三条  待本协上述股东正式签署后，乙方将投资款打入甲方指定账户，或以相当价格的数字货币（USDT/USDC）出资。

乙方可以使用本公司账户直接出资，也可以使用乙方控制的账户进行出资，款项出资完毕，甲方确认收款，即认为出资完成。同时，双方根据当地相关法律修改章程，变更股东信息，在相关政府部门备案登记。

甲方指定账户：

Company name: silvergate blockchain Ltd Co.

Company address: 195 us 9 south, manalapan, New Jersey 07726

Bank name: Bank of America

Bank adress: 6 south main street, Marlboro, NJ 07746

account# ███████9869

ABA # 021200339

swift: BOFAUS3NLMA

**第四条 甲方承诺:**

矿场建设完成后起算每年分红不低于投资额的最低要求20%，以上IDC项目和北卡项目第一期于2022年03月01日，正式投入使用。

**第五条** 本协议未及事宜，须经双方讨论并订立补充协议。补充协议与本协议具有同等效力。

**第六条 争议的解决**

在履行协议过程中，如产生争议，双方应友好协商解决。若通过友好协商仍不能解决，则提交美国法院或仲裁裁委员会依据其中规则仲裁。仲裁之结局对各方都有约束力。

**第七条 不可抗力条款:**

1、如果出现不可抗力的情形，双方在本协议中的义务在不可抗力影响范围及其持续期间内将中止履行。协议限期可根据中止的期限而作相应延长，但须双方协商一致。任何一方均不因不可抗力而承担责任；

2、声称遭受不可抗力的一方应毫不迟延地书面通知另一方，并在不可抗力发生后不迟于三（3）日内提供有关不可抗力的发生及其持续时间的充分证明。主张遭受不可抗力的一方应尽到一切合理的努力，减少不可抗力所产生之负面影响。

3、除自然灾害、社会动乱等因素外，在虚拟货币市场价格大幅下跌或全网算力大幅增长的情况下，挖矿收益小于挖矿电力耗费而导致入不敷出时，大量矿工集体选择关停矿机不再运行的情况应作为不可抗力对待。

**3 / 4**

第八条　乙方在各地公司项目中，按照持股比例享有同等条件下的项目产品（如矿场机位）优先使用权。

第九条　本协议一式贰(2)份，双方各持一份。本协议自合伙人签字(或盖章)之日起生效。IDC 项目和北卡项目的建设合同，均作合同附件。


甲方：

日期：　2021/12/24

乙方：

日期：　2021/12/24

**4 / 4**