UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Ouyin Tech Capital LLC

*Plaintiff*

v.

Silvergate Blockchain Ltd

*Defendant*

Civil Action No. 3:24-cv-7047

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that Ouyin Tech Capital LLC, is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

99 Park Ave., Suite 830
Address

New York, NY 10016
City/State/Zip

6/18/2024
Date